# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

Case No. 3:23-CV-00122-HES-LLL

ROLEX WATCH U.S.A., INC.,

    Plaintiff,

vs.

ROLEKS GROUP, LLC,
ROBERTA GJELOSHAJ, and
ALEKSANDER PERVAZA,

    Defendants.

## JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION

Plaintiff Rolex Watch U.S.A., Inc. and Defendants Roleks Group, LLC, Roberta Gjeloshaj and Aleksander Pervaza ("Defendants") (collectively, the "Parties") hereby file this Joint Motion for Entry of Permanent Injunction (the "Joint Motion"). This Joint Motion seeks the Court's entry of the proposed Permanent Injunction attached hereto as Exhibit 1 (the "Injunction") pursuant to and in accordance with the terms of the Parties' Settlement Agreement.

The Parties hereby represent that they have agreed to the Court's entry of the Injunction. The Court's entry of Exhibit 1 hereto will conclude this case.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court grant this Joint Motion by entering Exhibit 1 hereto.

Dated:  January 11, 2024                                              Respectfully and jointly submitted,

By: *Elizabeth B. Honkonen*  
Elizabeth B. Honkonen  
Fla. Bar No. 0149403  
KENNY NACHWALTER, P.A.  
Four Seasons Tower - Suite 1100  
1441 Brickell Avenue  
Miami, FL 33131  
Telephone: (305) 373-1000  
ebh@knpa.com

By: *Michael Fox Orr*  
 Michael Fox Orr  
 Fla. Bar No. 14594  
 ORR COOK  
 50 N. Laura St., Suite 1675  
 Jacksonville, Florida 32202  
 Telephone: (904) 358-8300  
 morr@orrcook.com

 *Attorneys for Defendants*

GIBNEY, ANTHONY & FLAHERTY, LLP  
Jeffrey E. Dupler, Esq.  
(Admitted Pro Hac Vice)  
Beth M. Frenchman, Esq.  
(Admitted Pro Hac Vice)  
650 Fifth Avenue  
New York, NY 10019  
Telephone: (212) 688-5151  
jdupler@gibney.com  
bfrenchman@gibney.com

*Attorneys for Plaintiff*